UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERRY CLAY,

    Plaintiff,

v.

GEORGE HAGA, et al.,

    Defendants.

    Case No. 1:20-cv-399

    HON. JANET T. NEFF

SUSAN ELWELL,

    Counter-Claimant,

v.

JERRY CLAY,

    Counter-Defendant.
_____/

## ORDER

This is a civil action. Numerous Defendants filed Motions to dismiss (ECF No. 4, 10, 15 & 21). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on December 23, 2020, recommending that the motions be granted. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 85) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motions to dismiss (ECF No. 4, 10, 15 & 21) are GRANTED for the reasons set forth in the Report and Recommendation.

Dated:  January 15, 2021 /s/ Janet T. Neff
JANET T. NEFF
United States District Judge