UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERRY CLAY,

    Plaintiff,

v.

GEORGE HAGA, et al.,

    Defendants.

    Case No. 1:20-cv-399

_____

    HON. JANET T. NEFF

SUSAN ELWELL,

    Counter-Claimant,

v.

JERRY CLAY,

    Counter-Defendant.
_____/

## ORDER

This is a civil action. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on January 29, 2021, recommending that the Court dismiss Plaintiff's claims against Defendant Susan Elwell for failure to prosecute pursuant to Rule 41(b); John and Jane Doe Defendants be dismissed for failure to prosecute; and the Court exercise its discretion not to enter a default judgment and dismiss Susan Elwell's counterclaim with prejudice. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 87) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendant Susan Elwell are DISMISSED for failure to prosecute pursuant to Rule 41(b).

**IT IS FURTHER ORDERED** that John and Jane Doe Defendants are DISMISSED for failure to prosecute.

**IT IS FURTHER ORDERED** that the Court exercises its discretion not to enter a default judgment and instead DISMISSES Susan Elwell's counterclaim with prejudice.

Dated: February 23, 2021  /s/ Janet T. Neff
JANET T. NEFF
United States District Judge